**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMAL COLEMAN and SHEENA COLEMAN, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>   Defendant. | C.A. 17-cv-1093-MN-SRF |

**NOTICE OF SERVICE**

  PLEASE TAKE NOTICE that on November 16, 2018, a copy of Defendant Weyerhaeuser Company's Identification of Experts for Purposes of Class Certification and Disclosure of Subject Matter was served on the following as indicated:

<u>Via E-Mail</u>
Chandra Joan Williams
RHODUNDA & WILLIAMS, LLC
1220 N. Market Street, Suite 700
Wilmington, DE 19801
chandra@rawlaw.com

*Attorneys for Plaintiffs*

<u>Via E-Mail</u>
Daniel R. Miller
Shanon J. Carson
Jacob M. Polakoff
E. Michelle Drake,
Joseph C. Hashmall
BERGER & MONTAGUE, P.C.
dmiller@bm.net
scarson@bm.net
emdrake@bm.net
jhashmall@bm.net

*Attorneys for Plaintiffs*

Dated: November 16, 2018

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: 302-777-0300

Fax: 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Mark S. Mester (admitted *pro hac vice*)
Mary Rose Alexander (admitted *pro hac vice*)
Robert C. Collins III  (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
mark.mester@lw.com
mary.rose.alexander@lw.com
robert.collins@lw.com

*Attorneys for Defendant Weyerhaeuser Company*