# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMAL COLEMAN AND SHEENA COLEMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEYERHAEUSER COMPANY,<br><br>Defendant. | C.A. No. 1:17-cv-1093-MN |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jamal and Sheena Coleman ("Plaintiffs") and Defendant Weyerhaeuser Company ("Weyerhaeuser"), through their undersigned counsel, hereby stipulate to the voluntary dismissal of all claims, counterclaims and causes of action in this case, with prejudice, without any findings of liability, wrongdoing, admissions, fault, or damages of any kind and with Plaintiffs and Weyerhaeuser each bearing their own attorneys' fees and costs.

Dated: August 30, 2019

Respectfully submitted,

/s/Daniel R. Miller
Daniel R. Miller, DE Bar #3169
Shanon J. Carson (*pro hac vice*)
Lawrence Deutsch (*pro hac vice*)
Jacob M. Polakoff (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
Email: dmiller@bm.net
scarson@bm.net
ldeutsch@bm.net
jpolakoff@bm.net

        E. Michelle Drake (*pro hac vice*)
        Joseph C. Hashmall (*pro hac vice*)
        BERGER MONTAGUE PC
        43 SE Main Street, Suite 505
        Minneapolis, MN 55414
        Telephone:  (612) 594-5933
        Facsimile:  (612) 584-4470
        Email:  emdrake@bm.net
               jhashmall@bm.net

        William J. Rhodunda, Jr. DE Bar #2774
        RHODUNDA & WILLIAMS, LLC
        1220 North Market Street, Suite 700
        Wilmington, DE 19801
        Telephone:  (302) 576-2000
        Facsimile:  (302) 576-2004
        Email:  bill@rawlaw.com

        *Counsel for Plaintiffs and the Proposed Classes*

Dated: August 30, 2019        /s/Brian E. Farnan
        Brian E. Farnan (Bar No. 4089)
        FARNAN LLP
        919 North Market Street, 12th Floor
        Wilmington, DE 19801
        Telephone: (302) 777-0300
        Facsimile: (302) 777-0301
        Email:  bfarnan@farnanlaw.com

        Mark S. Mester (*pro hac vice*)
        Mary Rose Alexander (*pro hac vice*)
        Robert C. Collins III (*pro hac vice*)
        LATHAM & WATKINS LLP
        330 North Wabash Avenue, Suite 2800
        Chicago, IL 60611
        Telephone: (312) 876-7700
        Facsimile: (312) 993-9767
        Email:  mark.mester@lw.com
               mary.rose.alexander@lw.com
               robert.collins@lw.com

        *Counsel for Defendant Weyerhaeuser Company*